IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

REGINALD DEVORE CLINTON,          )
                                  )
            Plaintiff,            )
                                  )
     v.                           )      1:20CV1078
                                  )
SGT. SLAGLE, et al.,              )
                                  )
            Defendant(s).         )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on December 8, 2020, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted as to Defendant Slagle, but allowed to proceed as to Defendant Campbell.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 4, 2021